UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America,<br><br>    v.<br><br>Nasir Finnemen,<br>            Defendant. | Case No. 16-mj-1027 (AMD)<br><br><br><br>Notice of Appeal |

## Notice of Appeal to District Court

Notice is hereby given that Nasir Finnemen, defendant in the above-captioned matter, hereby appeals to the United States District Court for the District Court of New Jersey, from the judgment of sentence entered in this matter on the 11th day of August, 2021, by the Honorable Ann Marie Donio, United States Magistrate Judge.

The order has been reduced to judgment as evidenced by the sentencing order on the page immediately following.

This matter was previously appealed under case number Crim. No. 19-409 (NLH).

Law Office of David M. Simon, LLC

By: _____
216 Haddon Ave., Suite 409
Haddon Township, NJ 08108
david@davidmsimon.com
Phone: 267-606-9020
Fax: 267-200-0119

August 17, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                    Case No. 16mj1027 (AMD)

NASIR FINNEMEN

### JUDGMENT ON RESENTENCE IN A CRIMINAL CASE (PETTY OFFENSE)

**THIS MATTER** having come before the Court on remand from the United States District Court for resentencing pursuant to 18 U.S.C. § 3742(f), and the District Court having affirmed by Order dated January 14, 2020 Defendant Nasir Finneman's May 6, 2019 conviction for failing to comply with the lawful directive of a law enforcement officer in the United States Courthouse in Camden, New Jersey on January 20, 2016, in violation of 41 C.F.R. 102-74.385, but having vacated the sentence imposed and remanded the matter for further proceedings regarding Defendant's ability to pay, and the Court having held a hearing on August 10, 2021 and having considered the testimony of Defendant and the arguments of counsel (David M. Simon, Esq., counsel for Defendant, Nasir Finnemen)(Gabriel J. Vidoni, Assistant U.S. Attorney, counsel for the United States), and for the reasons stated on the record,

**IT IS HEREBY ORDERED AND ADJUDGED** this **11th** day of **August 2021,** that Defendant must pay a fine to the United States in the amount of $75, without interest and payable in monthly installments of $5, with the first payment due October 1, 2021. In addition, Defendant shall pay to the United States a processing fee in the amount of $25 and a special assessment in the amount of $5 for Violation Number 5122508, which shall be due immediately.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America,<br><br>    v.<br><br>Nasir Finnemen,<br>            Defendant. | Case No. 16-mj-1027 (AMD)<br><br><br><br>Certificate of Service |

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Notice of Appeal to be served upon the following persons:

Gabriel Vidoni, Esquire
Assistant U.S. Attorney
District of New Jersey
Camden Division
401 Market Street, Fourth Floor
Camden, New Jersey 08101
**Via ECF and electronic mail**

Hon. Ann Marie Donio, U.S.M.J.
United States Magistrate Judge
District of New Jersey
Mitchell H. Cohen Building
4th & Cooper Streets, Room 1050
Camden, NJ 08101
**Via ECF & electronic mail to chambers**

Nasir Finnemen
1520 Belfield Ave.
Apt 4
Atlantic City, NJ 08401
**Via U.S. Mail**

Law Office of David M. Simon, LLC

By: _____
216 Haddon Ave., Suite 409
Haddon Township, NJ 08108
david@davidmsimon.com
Phone: 267-606-9020
Fax: 267-200-0119

August 17, 2021